# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

SWITCH COMMUNICATIONS ) 
GROUP, L.L.C., *et al.*, )
                                                  Plaintiffs, )   Case No. 2:11-cv-00285-KJD-GWF
)
vs. )   **ORDER**
)
DAVID MICHAEL BALLARD, *et al.*, )
)   Emergency Motion to Stay (#25)
                                                Defendants. )

      This matter is before the Court on Defendant David Michael Ballard's Emergency Motion for Stay of Discovery Pending Motion to Compel (#25), filed May 27, 2011.

      Defendant requests that the Court stay discovery pending a decision on Defendant's motion to compel (#23). Ballard argues that a stay is necessary to prevent Plaintiff from mis-using subpoenas to harass Defendant's customers and discover Defendant's trade secrets. (#25). Defendant does not, however, move for a protective order or a motion to quash specific subpoenas on the grounds that they are improper. The Court finds no basis to enter a general and vague stay order. Accordingly,

. . .

. . .

. . .

. . .

**IT IS HEREBY ORDERED** that Defendant David Michael Ballard's Emergency Motion for Stay of Discovery Pending Motion to Compel (#25) is **denied**.

DATED this 7th day of June, 2011.

_George Foley Jr._
**GEORGE FOLEY, JR.
UNITED STATES MAGISTRATE JUDGE**