# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

* * *

| | |
|---|---|
| SWITCH COMMUNICATIONS GROUP LLC., SWITCH BUSINESS SOLUTIONS, LLC., <br><br> Plaintiff(s), <br><br> vs. <br><br> DAVID MICHAEL BALLARD, <br><br> Defendant(s). | 2:11-cv-00285-KJD-GWF <br><br> **RECUSAL ORDER** <br><br> Dated: June 30, 2011 |

The above entitled matter has been assigned to this U.S. District Judge by the Clerk of Court. With good cause appearing,

U.S. District Judge Kent J. Dawson hereby recuses himself from this case and **IT IS ORDERED** that this matter is referred to the Clerk of Court for reassignment to another U.S. District Judge.

Dated: June 30, 2011.

_____
**KENT J. DAWSON**
**UNITED STATES DISTRICT JUDGE**