**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

SWITCH COMMUNICATIONS GROUP, *et al.*,  )
)
        Plaintiffs,  )    Case No.  2:11-cv-00285-KJD-GWF
)
vs.  )    **ORDER**
)
DAVID MICHAEL BALLARD,  )
)
        Defendant.  )
_____ )

      This matter is before the Court on Plaintiffs' First Request for Continuance of Hearing (#52) filed July 14, 2011.  The Court will grant the hearing extension based on Plaintiffs' counsel's statement that he has a calendaring conflict regarding the July 20th hearing date.  Accordingly,

      **IT IS ORDERED** that Plaintiffs' First Request for Continuance of Hearing (#52) is **granted**. The hearing on Defendant's Motion to Compel (#23) and Plaintiffs' Motion to Disqualify Michael Rawlins, Esq. and the Law Firm of Durham Jones & Pinegar (#24) is continued to **Wednesday, August 3, 2011 at 9:30 a.m.**

      DATED this 14th day of July, 2011.

                                              _____
                                              GEORGE FOLEY, JR.
                                              United States Magistrate Judge