UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| SWITCH COMMUNICATIONS GROUP, *et al.*, | ) | |
| Plaintiffs, | ) | Case No. 2:11-cv-00285-KJD-GWF |
| vs. | ) | **ORDER** |
| DAVID MICHAEL BALLARD, | ) | |
| Defendant. | ) | |

This matter is before the Court on Plaintiff's First Request for Continuance of Trial and All Scheduling Order Deadlines (#47) filed July 11, 2011. The Court entered a new Scheduling Order (#55) on July 20, 2011. There has not been a trial date set in this matter. Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's First Request for Continuance of Trial and All Scheduling Order Deadlines (#47) is **denied** as moot as to the continuance of a trial.

DATED this 8th day of September, 2011.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge