# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SWITCH COMMUNICATIONS GROUP, *et al.*, ) | |
| ) Plaintiffs, ) | Case No.  2:11-cv-00285-KJD-GWF |
| ) vs. ) | **ORDER** |
| ) DAVID MICHAEL BALLARD, ) | |
| ) Defendant. ) | |

This matter is before the Court on Plaintiff's First Request for Continuance of Trial and All Scheduling Order Deadlines (#47) filed July 11, 2011.  The Court entered a new Scheduling Order (#55) on July 20, 2011.  There has not been a trial date set in this matter.  Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's First Request for Continuance of Trial and All Scheduling Order Deadlines (#47) is **denied** as moot as to the continuance of a trial.

DATED this 8th day of September, 2011.

*George Foley Jr.*
GEORGE FOLEY, JR.
United States Magistrate Judge