Michael D. Rawlins
Nevada Bar No. 5467
**DURHAM JONES & PINEGAR**
10785 W. Twain Avenue, Suite 200
Las Vegas, NV 89135
Telephone: (702) 870-6060
Facsimile: (702) 870-6090
Email: mrawlins@djplaw.com

*Attorneys for Defendant, David Michael Ballard*

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| SWITCH COMMUNICATIONS GROUP L.L.C., a Nevada limited liability company; and SWITCH BUSINESS SOLUTIONS, LLC, a Nevada limited liability company,<br><br>Plaintiffs,<br><br>vs.<br><br>DAVID MICHAEL BALLARD, an individual; DOES 1 through 10; and ROE ENTITIES 11 through 20, inclusive,<br><br>Defendants. | CASE NO. 2:11-cv-00285-KJD-GWF<br><br>**ORDER DENYING MOTION FOR PARTIAL SUMMARY JUDGMENT** |

Plaintiffs' Motion For Partial Summary Judgment (Docket #20) came before the Court on October 24, 2011. Mark Jones, Esq. appeared on behalf of Plaintiffs. Michael Rawlins, Esq. appeared on behalf of Defendant. The Court, having reviewed the motion, opposition, reply brief, and all other papers on file relating to the Motion, and having heard the arguments of counsel, finds that there are genuine issues of material fact that preclude an award of summary judgment. The Motion for Partial Summary Judgment is therefore DENIED.

_____
United States District Court Judge

Dated: October 27, 2011

62360.1
LV_

Page 1 of 1