1 MARK M. JONES, ESQ. (#267)
  J. RANDALL JONES, ESQ. (#1927)
2 ERIC M. PEPPERMAN, ESQ. (#11679)
3 KEMP, JONES & COULTHARD, LLP
  3800 Howard Hughes Parkway, 17th Floor,
4 Las Vegas, NV 89169

5 DONALD H. WILLIAMS, ESQ. (#5548)
  WILLIAMS & ASSOCIATES
6 612 South Tenth Street
7 Las Vegas, Nevada 89101

8 **Attorneys for Plaintiffs**

9
                    **UNITED STATES DISTRICT COURT**
10
                        **DISTRICT OF NEVADA**
11

12 SWITCH COMMUNICATIONS GROUP          CASE NO.:  2:11-cv-00285-JCM –GWF
   L.L.C., a Nevada limited liability company; and
13 SWITCH BUSINESS SOLUTIONS, LLC, a    **ORDER DENYING MOTION TO**
   Nevada limited liability company,    **DISMISS COMPLAINT**
14
15 Plaintiffs,

16 vs.

17 DAVID MICHAEL BALLARD, an
   individual; DOES 1 through 10; ROE
18 ENTITIES 11 through 20, inclusive,

19
          Defendants.
20

21

22     Defendant's Motion to Dismiss Complaint (Docket # 40) came before this Court on

23 October 24, 2011.  Mark M. Jones, Esq. appeared on behalf of Plaintiffs and Michael Rawlins,

24 Esq. appeared on behalf of Defendant.  Since Defendant attached exhibits to his Motion to

25 Dismiss, it is treated as a Motion for Summary Judgment.  Having reviewed the motion,

26 opposition, reply, exhibits and all other papers on file related to the Motion, and having heard
27
28

KEMP, JONES & COULTHARD, LLP
3800 Howard Hughes Parkway
Seventeenth Floor
Las Vegas, Nevada 89169
(702) 385-6000 • Fax (702) 385-6001
kic@kempjones.com

1  arguments of counsel, the Court finds that there are genuine issues of material fact that preclude

2  an award of summary judgment.  Accordingly, Defendant's motion is DENIED.

3                                    Dated: November 7
                                          _____, 2011

4

5

6

7                                    _____
                                     UNITED STATES DISTRICT COURT JUDGE

8

9

10

KEMP, JONES & COULTHARD, LLP
3800 Howard Hughes Parkway
Seventeenth Floor
Las Vegas, Nevada 89169
(702) 385-6000 • Fax (702) 385-6001
kjc@kempjones.com

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2