MARK M. JONES, ESQ. (#267)
J. RANDALL JONES, ESQ. (#1927)
ERIC M. PEPPERMAN, ESQ. (#11679)
KEMP, JONES & COULTHARD, LLP
3800 Howard Hughes Parkway, 17th Floor,
Las Vegas, NV 89169

DONALD H. WILLIAMS, ESQ. (#5548)
WILLIAMS & ASSOCIATES
612 South Tenth Street
Las Vegas, Nevada 89101

**Attorneys for Plaintiffs**

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| SWITCH COMMUNICATIONS GROUP L.L.C., a Nevada limited liability company; and SWITCH BUSINESS SOLUTIONS, LLC, a Nevada limited liability company,<br><br>Plaintiffs,<br><br>vs.<br><br>DAVID MICHAEL BALLARD, an individual; DOES 1 through 10; ROE ENTITIES 11 through 20, inclusive,<br><br>Defendants. | CASE NO.: 2:11-cv-00285-JCM –GWF<br><br>**STIPULATION TO DISMISS WITH PREJUDICE AND ORDER** |

COME NOW Plaintiffs, Switch Communications Group L.L.C. and Switch Business Solutions, LLC (collectively, "Switch"), by and through their counsel of record, Mark M. Jones, Esq. and Eric M. Pepperman, Esq. of the law firm Kemp, Jones & Coulthard, LLP, and Defendant David Michael Ballard, by and through his counsel of record, Michael D. Rawlins, Esq. of the law firm Durham Jones & Pinegar, and pursuant to Fed. R. Civ. Pro. 41(a), hereby stipulate and agree that the above-entitled matter, including any and all possible counterclaims,

be dismissed with prejudice, with each party to bear its own fees and costs.

Dated this 11 day of ~~February~~ March, 2013.   Dated this 8 day of ~~February~~ March, 2013.

KEMP, JONES & COULTHARD, LLP

DURHAM JONES & PINEGAR

_____
MARK M. JONES, ESQ. (#267)
J. RANDALL JONES, ESQ. (#1927)
ERIC M. PEPPERMAN, ESQ. (#11679)
3800 Howard Hughes Parkway, 17th Floor
Las Vegas, NV 89169

DONALD H. WILLIAMS, ESQ. (#5548)
WILLIAMS & ASSOCIATES
612 South Tenth Street
Las Vegas, Nevada 89101

*Attorneys for Plaintiffs*

_____
MICHAEL D. RAWLINS, ESQ. (#5467)
10785 W. Twain Avenue, Ste 200
Las Vegas, NV 89135

*Attorneys for Defendant*

### ORDER

IT IS SO ORDERED March 12, 2013.

_____
UNITED STATES DISTRICT COURT JUDGE

2